IT IS ORDERED

Date Entered on Docket: November 5, 2018

_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**



_____

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW MEXICO

| | |
|---|---|
| In Re:<br>Brent Avery Roaf<br>and Danielle Marie Roaf<br>*fka* Danielle M. Landers,<br><br>                        Debtor(s). | Case No.: 18-11784-t7<br><br>Chapter: 7 |

### DEFAULT ORDER GRANTING MOTION FOR RELIEF FROM STAY AND TO ABANDON AS TO 2016 DODGE RAM 1500 VIN #1C6RR7PT0GS217589

This matter came before the Court on the Motion for Relief from Automatic Stay and abandon property ("Motion") filed on October 3, 2018, Docket No. 19 by U.S. Bank National Association ("Movant"). The Court, having reviewed the record and the Motion, and being otherwise sufficiently informed, FINDS:

1. On October 3, 2018, Movant served the Motion and a notice of the Motion (the "Notice") on the case Trustee, Clarke C. Coll ("Trustee"), and on Debtors' counsel, Wesley O Pool, by use of the Court's case management and electronic filing system for the transmission of notices, as authorized by Fed.R.Civ.P. 5(b)(3) and NM LBR 9036-1, and on Debtors, Brent

1

Avery Roaf and Danielle Marie Roaf, by United States first class mail, in accordance with Bankruptcy Rules 7004 and 9014.

2. The Motion relates to the personal property known 2016 DODGE RAM 1500 VIN #1C6RR7PT0GS217589 (the "Collateral"). The Notice specified an objection deadline of 21 days from the date of service of the Notice, to which 3 days was added under Bankruptcy Rule 9006(f);

3. The Notice was sufficient in form and content;

4. The objection deadline expired on October 27, 2018;

5. As of October 29, 2018, neither Debtors nor Trustee, nor any other party in interest, filed an objection to the Motion;

6. The Motion is well taken and should be granted as provided herein; and

7. By submitting this Order to the Court for entry, the undersigned counsel for Movant certifies under penalty of perjury that, on October 29, 2018, Dyane Martinez of Weinstein & Riley, P.S. searched the data banks of the Department of Defense Manpower Data Center ("DMDC") and found that DMDC does not possess any information indicating that Archie Smith is currently on active military duty of the United States.

IT IS THEREFORE ORDERED:

1. Pursuant to 11 U.S.C. §362(d), Movant and any and all holders of liens against the Collateral, of any lien priority, are hereby are relief from the automatic stay to permit Movant to exercise its right to take any and all action necessary and appropriate to enforce Movant's interest against the Collateral, including, but not limited to, the right to repossess and liquidate its Collateral pursuant to state law.

2. The Trustee is deemed to have abandoned the Collateral from the estate pursuant to 11 U.S.C. §554 as of the date of entry of this Order, and the Collateral therefore no longer is property of the estate.

3. This Order shall continue in full force and effect if this case is dismissed or converted to a case under another chapter of the Bankruptcy Code.

4. This Order is effective and enforceable upon entry. The 14-day stay requirement of Fed.R.Bankr.P. 4001(a)(3) is waived.

XXX END OF ORDER XXX

Submitted by:

/s/ *Jason C. Bousliman*
Jason C. Bousliman, SBN 14830
Weinstein & Riley, P.S.
5801 Osuna Rd. NE, Suite A-103
Albuquerque, NM 87109
Telephone: 505-348-3204
Facsimile: 505-214-5116
E-mail: JasonB@w-legal.com
Attorney for Movant

**Copies to:**
Brent Avery Roaf
Danielle Marie Roaf
228 Lincoln Avenue
Clovis, NM 88101
*Debtors*

Wesley O Pool
201 Innsdale Terrace
Clovis, NM 88101
*Attorney for Debtors*

Clarke C. Coll
PO Box 2288
Roswell, NM 88202-2288
*Trustee*

*U.S. Trustee*
United States Trustee
PO Box 608
Albuquerque, NM 87103-0608

4

Case 18-11784-t7    Doc 21    Filed 11/05/18    Entered 11/05/18 14:18:50 Page 4 of 4